## ANTHONY R. BOTT, P.C.
Attorney at Law

EIGHT BEACH ROAD
POST OFFICE BOX 1137
EAST ORLEANS, MASSACHUSETTS 02643

TELEPHONE: (508) 240-2700
NATIONWIDE: 1-800-250-8811
FAX: (508) 240-2772
E-MAIL: ARBott@capecodlaw.com

BOSTON ADDRESS
U.S. POST OFFICE & COURTHOUSE
McCORMACK BUILDING
Post Office Box 1221
Boston, MA 02104-1221

FILED
IN CLERK'S OFFICE
2004 NOV 22 P 2: 09
U.S. DISTRICT COURT
DISTRICT OF

November 19, 2004

Kenneth E. Rubinstein, Esq.
Nelson Kinder Mosseau & Saturley, PC
99 Middle Street
Manchester, NH 03101

VIA CERTIFIED MAIL
(Return Receipt Requested)
No. 7001 2510 0007 2436 9791

RE:   Gregory F. Sankey, Plaintiff v.
      The Shaw Group Inc. and Stone & Webster, Inc., Defendants
      United States District Court, District of Massachusetts Civil Action No.: 04-12198 RWZ
      Our File No.: 2004-T/C-2

Dear Attorney Rubinstein:

    This first confirms our recent discussions with respect to the above-referenced civil action in which you have assured me that you are fully authorized to accept service on behalf of both corporate Defendants.

    Accordingly, enclosed please find the following suit documents:

1. Two (2) copies of the appropriate original Summonses issued in this case (note that I am holding the originals to submit same with my Return/Proof of Service once I have received the Return Receipt for this certified mailing);

2. The Civil Action Cover Sheet;

3. The Category Sheet;

4. The original Complaint and Demand for Jury Trial filed in this matter (without Exhibits);

5. The Amended Complaint and Demand for Jury Trial with the identical Exhibits which accompanied the original Complaint upon filing; and,

6. A true copy of the October 13, 2004 correspondence of this office forwarding the <u>Amended Complaint</u> (duly amended pursuant to FRCP, Rule 15(a)) to the District Court.

As we have agreed and discussed, by this certified mailing to you of the above-referenced and enclosed suit documents, you are formally accepting service on behalf of the named Defendants, The Shaw Group Inc. and Stone & Webster, Inc.

This further confirms that upon receipt by this office of the certified mail receipt confirming delivery of this correspondence and the enclosed documents to you, I will promptly forward to the Court appropriate <u>Returns/Proofs of Service</u>, duly indicating on the back of each original <u>Summons</u> (of which I have provided you full copies) that by agreement the foregoing documents were forwarded to you by Certified Mail on Friday, November 19, 2004 and further indicating the date your office received same.

I will, of course, in addition forward to you copies of said original <u>Summonses</u> with my <u>Return/Proof of Service</u> on the back of each <u>Summons</u>.

---

*Please be hereby further advised that given the numerous admissions of the Defendants irrefutably documented and/or corroborated of record by means of the <u>Amended Complaint Exhibits</u>, we presently expect to file a <u>Motion for Summary Judgment</u> immediately after we receive the Defendants' respective Answers.*

*Suffice it to say: "Wisdom is the better part of valor."*

---

In the interim, should you have any question whatsoever with respect to the enclosed or foregoing, please contact me immediately.

We much appreciate your ready cooperation in this matter, obviating the need for formally serving this document upon you by other more costly or complicated means.

Very truly yours,

Anthony R. Bott
BBO#: 050540

ARB/ams
Encl.
cc: Gregory F. Sankey
    Lisa Urso, Coutroom Clerk for the Honorable Rya W. Zobel