AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

GREGORY F. SANKEY

**SUMMONS IN A CIVIL ACTION**

V.

THE SHAW GROUP INC. and
STONE & WEBSTER, INC.

CASE NUMBER:

**04-12098 RWZ**

TO: (Name and address of Defendant)

Stone & Webster, Inc.
c/o Kenneth E. Rubinstein, Esq.
Nelson Kinder Mosseau & Saturley, PC
99 Middle Street
Manchester, NH  03101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony R. Bott, Esq.
Anthony R. Bott, P.C.
Eight Beach Road
P.O. Box 1137
East Orleans, MA  02643

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    SEP 30 2004
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Dec. 1st, 2004 |
| NAME OF SERVER (PRINT) Anthony R. Bott, Esq. | TITLE Plaintiff's Attorney of Record |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

Returned unexecuted:

** ☒ Other (specify): ** As reflected in attached true copy of November 19, 2004 certified mail correspondence from my office to Attorney Kenneth E. Rubinstein of Nelson Kinder Mosseau & Saturley, PC, 99 Middle Street, Manchester NH 03101, Mr. Rubinstein was fully authorized and agreed to accept service of the following documents on behalf of both corporate Defendants:   *** (continued below)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL None | SERVICES Not Applicable | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 1st, 2004
                Date

Signature of Server

8 Beach Road
P.O. Box 1137
East Orleans, MA  02643
Address of Server

***  1. Summonses
     2. Civil Action Cover Sheet
     3. Category Sheet
     4. Original Complaint and Demand for Jury Trial
     5. Amended Complaint and Demand for Jury Trial

As the attached original Certified Mail Return Receipt No. 7001 2510 0007 2436 9791 indicates, on November 22, 2004 Attorney Rubinstein duly received the above-listed suit documents and service was so consummated.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# ANTHONY R. BOTT, P.C.

Attorney at Law

EIGHT BEACH ROAD
POST OFFICE BOX 1137
EAST ORLEANS, MASSACHUSETTS 02643

TELEPHONE: (508) 240-2700
NATIONWIDE: 1-800-250-8811
FAX: (508) 240-2772
E-MAIL: ARBott@capecodlaw.com

BOSTON ADDRESS

U.S. POST OFFICE & COURTHOUSE
McCORMACK BUILDING
Post Office Box 1221
Boston, MA 02104-1221

November 19, 2004

Kenneth E. Rubinstein, Esq.
Nelson Kinder Mosseau & Saturley, PC
99 Middle Street
Manchester, NH 03101

VIA CERTIFIED MAIL
(Return Receipt Requested)
No. 7001 2510 0007 2436 9791

RE: Gregory F. Sankey, Plaintiff v.
The Shaw Group Inc. and Stone & Webster, Inc., Defendants
United States District Court, District of Massachusetts Civil Action No.: 04-12198 RWZ
Our File No.: 2004-T/C-2

Dear Attorney Rubinstein:

This first confirms our recent discussions with respect to the above-referenced civil action in which you have assured me that you are fully authorized to accept service on behalf of both corporate Defendants.

Accordingly, enclosed please find the following suit documents:

1. Two (2) copies of the appropriate original Summonses issued in this case (note that I am holding the originals to submit same with my Return/Proof of Service once I have received the Return Receipt for this certified mailing);

2. The Civil Action Cover Sheet;

3. The Category Sheet;

4. The original Complaint and Demand for Jury Trial filed in this matter (without Exhibits);

5. The Amended Complaint and Demand for Jury Trial with the identical Exhibits which accompanied the original Complaint upon filing; and,

Page 1 of 2

6.  A true copy of the October 13, 2004 correspondence of this office forwarding the <u>Amended Complaint</u> (duly amended pursuant to FRCP, Rule 15(a)) to the District Court.

As we have agreed and discussed, by this certified mailing to you of the above-referenced and enclosed suit documents, you are formally accepting service on behalf of the named Defendants, The Shaw Group Inc. and Stone & Webster, Inc.

This further confirms that upon receipt by this office of the certified mail receipt confirming delivery of this correspondence and the enclosed documents to you, I will promptly forward to the Court appropriate <u>Returns/Proofs of Service</u>, duly indicating on the back of each original <u>Summons</u> (of which I have provided you full copies) that by agreement the foregoing documents were forwarded to you by Certified Mail on Friday, November 19, 2004 and further indicating the date your office received same.

I will, of course, in addition forward to you copies of said original <u>Summonses</u> with my <u>Return/Proof of Service</u> on the back of each <u>Summons</u>.

---

*Please be hereby further advised that given the numerous admissions of the Defendants irrefutably documented and/or corroborated of record by means of the <u>Amended Complaint</u> Exhibits, we presently expect to file a <u>Motion for Summary Judgment</u> immediately after we receive the Defendants' respective Answers.*

*Suffice it to say: "Wisdom is the better part of valor."*

---

In the interim, should you have any question whatsoever with respect to the enclosed or foregoing, please contact me immediately.

We much appreciate your ready cooperation in this matter, obviating the need for formally serving this document upon you by other more costly or complicated means.

Very truly yours,

Anthony R. Bott
BBO#: 050540

ARB/ams
Encl.
cc: Gregory F. Sankey
    Lisa Urso, Courtroom Clerk for the Honorable Rya W. Zobel