UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12098

| | |
|---|---|
| GREGORY F. SANKEY,<br>　　　Plaintiff<br><br>v.<br><br>THE SHAW GROUP, INC. and<br>STONE & WEBSTER, INC.,<br>　　　Defendants | **DEFENDANTS' CORPORATE<br>DISCLOSURE STATEMENT<br>PURSUANT TO LOCAL RULE 7.3** |

The Defendants, The Shaw Group, Inc. ("Shaw") and Stone & Webster, Inc. ("S&W"), by and through their attorneys, Nelson, Kinder, Mosseau & Saturley, P.C., hereby submit the following Corporate Disclosure Statement Pursuant to Local Rule 7.3.

1.　Shaw has no parent corporation, and no publicly held corporation owns 10% or more of its stock; and

2.　Shaw is the parent corporation of S&W and is the only publicly held corporation owning 10% or more of S&W's stock.

Respectfully submitted,

THE SHAW GROUP, INC. and STONE & WEBSTER, INC.

By its attorneys:

Date: December 22, 2004

_____
Richard C. Nelson, Esquire (BBO # 653790)
Kenneth E. Rubinstein, Esquire (BBO # 641226)
Nelson, Kinder, Mosseau & Saturley, P.C.
99 Middle Street
Manchester, NH 03101
(603) 647-1800

1

## CERTIFICATE OF SERVICE

I, Kenneth E. Rubinstein, Esquire, hereby certify that the foregoing Defendants' Corporate Disclosure Statement Pursuant To Local Rule 7.3 was this day forwarded to Anthony R. Bott, Esquire, 8 Beach Road, P.O. Box 1137, East Orleans, Massachusetts 02643, Counsel for Gregory Sankey.

Dated: December 22, 2004                    By: _____
                                            Kenneth E. Rubinstein, Esquire