UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12098

| | |
|---|---|
| GREGORY F. SANKEY,<br>    Plaintiff<br><br>v.<br><br>THE SHAW GROUP, INC. and<br>STONE & WEBSTER, INC.,<br>    Defendants | **APPEARANCE OF**<br>**RICHARD C. NELSON** |

    Please enter my appearance as counsel for The Shaw Group, Inc. and Stone & Webster, Inc. in the above-captioned matter.

Respectfully submitted,

Date: December 22, 2004

Richard C. Nelson, Esquire (BBO # 653790)
Nelson, Kinder, Mosseau & Saturley, P.C.
99 Middle Street
Manchester, NH 03101
(603) 647-1800

## CERTIFICATE OF SERVICE

I, Kenneth E. Rubinstein, Esquire, hereby certify that the foregoing Appearance of Richard C. Nelson was this day forwarded to Anthony R. Bott, Esquire, 8 Beach Road, P.O. Box 1137, East Orleans, Massachusetts 02643, Counsel for Gregory Sankey.

Dated: December 22, 2004          By: _____
                                      Kenneth E. Rubinstein, Esquire