UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12098

| | |
|---|---|
| GREGORY F. SANKEY,<br>    Plaintiff<br><br>v.<br><br>THE SHAW GROUP, INC. and<br>STONE & WEBSTER, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIAL STIPULATION OF DISMISSAL**

The Plaintiff, Gregory F. Sankey, and the Defendants, The Shaw Group, Inc. and Stone & Webster, Inc., by and through their respective attorneys hereby stipulate that Counts 3, 9, and 11 shall be dismissed with prejudice from the above-captioned action.

Respectfully submitted,                          Respectfully submitted,

GREGORY F. SANKEY                          THE SHAW GROUP, INC. AND
                                                                   STONE & WEBSTER, INC.

By his attorney,                                        By its attorneys,


_Anthony Bott /KER_                          _Ke Re_

Anthony R. Bott, Esq.                          Richard C. Nelson, Esq.
8 Beach Road                                        Kenneth E. Rubinstein, Esq.
P.O. Box 1137                                        Nelson, Kinder, Mosseau & Saturley, P.C.
East Orleans, MA 02643                          99 Middle Street
(508) 240-2590                                        Manchester, NH 03101
                                                                   (603) 647-1800

## CERTIFICATE OF SERVICE

I, Kenneth E. Rubinstein, Esquire, hereby certify that the foregoing Stipulation of Partial Dismissal was this day forwarded to Anthony R. Bott, Esquire, 8 Beach Road, P.O. Box 1137, East Orleans, Massachusetts 02643, Counsel for Gregory Sankey.


Dated: January 5, 2005                    By: _____
                                              Kenneth E. Rubinstein, Esquire