UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12098-RWZ

GREGORY F. SANKEY

v.

THE SHAW GROUP, INC. and
STONE & WEBSTER, INC.

<u>SCHEDULING ORDER</u>

March 22, 2005

ZOBEL, D. J.

     This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Anthony J. Bott having appeared as counsel for plaintiff Gregory F. Sankey; and Kenneth E. Rubinstein having appeared as counsel for defendant The Shaw Group, Inc., et al., the following action was taken:

1.    Plaintiff shall forthwith further clean up and focus the complaint.

2.    Defendant shall file any dispositive motions on the issues of damages and reliance by May 20, 2005. The parties agreed to try to stipulate the facts underlying these claims.

    Any opposition shall be filed by June 17, 2005.

    Defendant may file a reply brief of no more than three pages by June 24, 2005. The parties shall advise the court whether a hearing would be useful.

_____       _____
DATE                         RYA W. ZOBEL

UNITED STATES DISTRICT JUDGE