UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-12098 RWZ

FILED
CLERKS OFFICE
2005 APR -4 P 3: 54
U.S. DISTRICT
DISTRICT OF MASS.

| | |
|---|---|
| GREGORY F. SANKEY, <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> THE SHAW GROUP INC. and ) <br> STONE & WEBSTER, INC., ) <br>     Defendants ) | **PARTIAL STIPULATION OF** <br> **DISMISSAL** |

Pursuant to Fed. R. of Civ. P. 41(a)(1), the Plaintiff, Gregory F. Sankey, and the

Defendants, The Shaw Group, Inc. and Stone & Webster, Inc., by and through their respective

attorneys, hereby stipulate that Counts IV and V shall be dismissed with prejudice from the

above-captioned action.

Respectfully submitted,

GREGORY F. SANKEY

By his attorney,

Anthony R. Bott, Esq.
Eight Beach Road
P.O. Box 1157
East Orleans, MA 02643
(508) 240-2700

Respectfully submitted,

THE SHAW GROUP, INC. AND
STONE & WEBSTER, INC.

By its attorneys,

Richard C. Nelson, Esq.
Kenneth E. Rubinstein, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
99 Middle Street
Manchester NH 03101

Page 1 of 1