43 Twiss Road
Orleans, MA 02653
Tel: 508-255-3396
E-mail: gsankey@comcast.net

FILED
CLERKS OFFICE

2005 MAY -5 P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

May 4, 2005

Judge Rya W. Zobel
C/o Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

Dear Judge Zobel:

**Civil Action No. 04-12098 RWZ**

I am the Plaintiff in the above referenced case which is currently before you. I respectfully request a stay to all proceedings for 60 days, or for whatever period of time that you believe is reasonable, until I find a new attorney to represent me. My reasons for this request are as follows:

1. My previous attorney, Anthony R. Bott, resigned from the practice of law effective 5/1/05 for disciplinary reasons.

2. Attorney Bott only gave me two weeks notice. He verbally informed me of his resignation on 4/14/05 and I received his letter (Attachment 1) shortly thereafter.

3. I immediately instructed Attorney Bott to focus his attention on finding a new attorney for me. I sent him a confirmatory e-mail on 4/15/05 (Attachment 2).

4. On 4/29/05 I had a final meeting with Attorney Bott to obtain a copy of my files and to review my case status. At this meeting, he provided me with the name of an attorney that was interested in my case. I am currently discussing my case with that attorney, but we have no agreement at this time.

Thank you for your consideration.

Sincerely,

*[signature]*

Gregory F. Sankey


CC: Kenneth Rubinstein, Esquire (attorney for the Defendant) w/ enclosures

# ANTHONY R. BOTT, P.C.

Attorney at Law

EIGHT BEACH ROAD
POST OFFICE BOX 1137
EAST ORLEANS, MASSACHUSETTS 02643

TELEPHONE: (508) 240-2700
NATIONWIDE: 1-800-250-8811
FAX: (508) 240-2772
E-MAIL: ARBott@capecodlaw.com

BOSTON ADDRESS

U.S. POST OFFICE & COURTHOUSE
McCORMACK BUILDING
Post Office Box 1221
Boston, MA 02104-1221

April 13, 2005

**BY CERTIFIED MAIL**
**ARTICLE NO.: 7004 2890 0003 3017 5816**

Mr. Gregory F. Sankey, P.E.
43 Twiss Road
Orleans, MA 02653

Re:   Gregory F. Sankey v. The Shaw Group Inc. and Stone & Webster, Inc.
      United States District Court No. 04-12098 RWZ
      Date of Loss:  October 1, 2001

Dear Mr. Sankey:

This letter is written to provide you with formal notice that I have resigned from the practice of law effective May 1, 2005. Accordingly, I am disqualified from continuing to represent you in the above-captioned matter as of that date.

As a result of my resignation, I am required to provide you with the following form:

1) Notice to Client of Resignation

Thank you for the opportunity to be of service to you. I regret that I will not be able to continue to represent you in this matter. I would be pleased to assist you in transitioning this case to successor counsel in order to ensure minimal impact to you as a result of my resignation.

Very truly yours,

Anthony R. Bott

Enclosure

P:\BOTT, ANTHONY\MJB Sankey letter 050413.doc

You are further notified that I am required to close every IOLTA, client, trust, or other fiduciary account and properly disburse or otherwise transfer all client and fiduciary funds in my possession, custody, or control.

DATE: 4/13/05    SIGNATURE: _____
Anthony Raoul Bott

ADDRESS:    P.O. Box 1137
East Orleans, MA 02643

TELEPHONE:    (508) 280-2700

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF COUNSEL OF RESIGNATION
## TO COUNSEL AND UNREPRESENTED PARTIES

TO: Kenneth E. Rubinstein, Esq. of Nelson, Kinder, Mosseau & Saturley, P.C.
Counsel for Defendant The Shaw Group Inc. and Stone & Webster, Inc.

99 Middle Street
Address
Manchester, NH 03101

COURT: United States District Court – District of Massachusetts

CASE CAPTION: Gregory F. Sankey v. The Shaw Group Inc. and Stone & Webster

DOCKET NUMBER: 04 12098 RWZ

CLIENT NAME: Gregory F. Sankey

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers, you are hereby advised that I have resigned from the further practice of law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after May 1, 2005, the effective date of resignation.

DATE: 4/13/05    SIGNATURE: Anthony Raoul Bott

ADDRESS: P.O. Box 1137
East Orleans, MA 02643
TELEPHONE: (508) 240-2700

Revised September 1997

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTIFICATION OF RESIGNATION TO COURT, AGENCY, OR TRIBUNAL

TO: United States District Court for the District of Massachusetts
Court, Agency, or Tribunal

John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02110
Address

NAME OF CLIENT:

Gregory F. Sankey v. The Shaw Group Inc. et al          Gregory F. Sankey
(case caption)

ADDRESS OF CLIENT:

04 12098 RWZ                                             43 Twiss Road
(docket number)
                                                         Orleans, MA 02653

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have resigned from further practice of the law in the Commonwealth of Massachusetts and consequently am unable to act as an attorney after May 1, 2005, the effective date of resignation. Enclosed are copies of the notices of resignation which I have sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: 4/13/05   SIGNATURE: Anthony Raoul Bott

ADDRESS:   P.O. Box 1137
           East Orleans, MA 02643
TELEPHONE: (508) 240-2700

Revised September 1997

ATTACHMENT 2

## Gregory F. Sankey

**From:** "Gregory F. Sankey" <gsankey@comcast.net>
**To:** "Anthony R Bott" <ARBott@capecodlaw.com>
**Sent:** Friday, April 15, 2005 11:50 AM
**Subject:** Bott Resignation from Law Practice

Tony,

I would appreciate your immediate attention to the following tasks:

1. Cancel the proposed mediation scheduled for 4/29/05.

2. By 4/22/05, find an attorney, acceptable to me (some employment law background), that will assume your contract with me. I do not expect to pay any additional money.

3. As soon as practical, meet with me to return all of my case related material.

Thank you.

Greg

5/4/2005