UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY F. SANKEY            ) | |
|             ) | |
|    Plaintiff,        ) | |
|             ) | CIVIL ACTION NO. 04-12098-RWZ |
| v.             ) | |
|             ) | |
| THE SHAW GROUP, INC. and     ) | |
| STONE AND WEBSTER, INC.,    ) | |
|             ) | |
|    Defendants.      ) | |

**NOTICE OF APPEARANCE**

Now comes the undersigned, Marc C. Laredo, and hereby enters his appearance for

Plaintiff Gregory F. Sankey in the above-captioned matter.


/s/ Marc C. Laredo
Marc C. Laredo, BBO# 543973
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984
617-367-6475 (Fax)


Dated:  June 22, 2005

CERTIFICATE OF SERVICE

       I, Marc C. Laredo, attorney for Plaintiff Gregory F. Sankey hereby certify that on this date I served the above Notice of Appearance by causing same to be delivered by first class mail to counsel of record as listed below:


Kenneth E. Rubinstein, Esq.
Richard C. Nelson, Esq.
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH  03101



            /s/ Marc C. Laredo
            Marc C. Laredo, BBO# 543973
            Laredo & Smith, LLP
            15 Broad Street
            Boston, MA 02109
            617-367-7984


Dated:  June 22, 2005