UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ |  |
| GREGORY F. SANKEY                                    ) |  |
|                                                                          ) |  |
|         Plaintiff,                                           ) |  |
|                                                                          ) | CIVIL ACTION NO. 04-12098-RWZ |
| v.                                                                    ) |  |
|                                                                          ) |  |
| THE SHAW GROUP, INC. and                     ) |  |
| STONE AND WEBSTER, INC.,                    ) |  |
|                                                                          ) |  |
|         Defendants.                                      ) |  |
| _____) |  |

JOINT MOTION TO

AMEND SCHEDULING DEADLINES

The Parties request that this Court amend the scheduling deadlines in this case as follows:

| Event | Deadline |
|---|---|
| Joint Statement Regarding Mediation | November 4, 2005 |
| Completion of Discovery | June 2, 2006 |
| Expert Disclosures | |
| (plaintiff) | January 6, 2006 |
| (defendants) | March 3, 2006 |
| Expert Rebuttal | |
| (plaintiff) | April 7, 2006 |
| (defendants) | May 5, 2006 |
| Disclosure Supplements | |
| (plaintiff) | June 2, 2006 |
| (defendants) | July 7, 2006 |
| Motions for Joinder | |
| (plaintiff) | January 6, 2006 |
| (defendants) | February 3, 2006 |
| Motions to Add Third Parties | February 3, 2006 |

Dispositive Motions                                July 7, 2006

Trial                                              September 18, 2006

As grounds therefore, the Parties state that Plaintiff's former counsel resigned from the practice of law effective May 1, 2005 and he had to obtain new counsel to represent him.

For the above-stated reasons, the parties request that their Motion be granted.

| THE SHAW GROUP, INC. AND STONE AND WEBSTER, INC. | GREGORY F. SANKEY, |
|---|---|
| By their attorney, | By his attorney, |
| /s/ Kenneth E. Rubinstein | /s/ Marc C. Laredo |
| Kenneth E. Rubinstein, Esq., BBO# 641226 | Marc C. Laredo, BBO# 543973 |
| Nelson, Kinder, Mosseau & Saturley, PC | Laredo & Smith, LLP |
| 99 Middle Street | 15 Broad Street, Suite 600 |
| Manchester, NH  03101 | Boston, MA 02109 |
| 603-606-5022 | 617-367-7984 |
| 603-647-1900 (Fax) | 617-367-6475 (Fax) |

Dated:  June 27, 2005