UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY SANKEY
        Plaintiff

V.                                    CIVIL ACTION:04-12098-RWZ

THE SHAW GROUP
        Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.                                              OCTOBER 20, 2005

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                              By the Court,

                                                              s/ Lisa A. Urso
                                                              Deputy Clerk

30day.ord