UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-12098

| | |
|---|---|
| GREGORY F. SANKEY,<br>Plaintiff<br><br>v.<br><br>THE SHAW GROUP, INC. and<br>STONE & WEBSTER, INC.,<br>Defendants | **STIPULATION OF DISMISSAL** |

The Plaintiff, Gregory F. Sankey, and the Defendants, The Shaw Group, Inc. and Stone & Webster, Inc., by and through their respective attorneys hereby stipulate that the above-captioned action shall be dismissed with prejudice and without costs. The within dismissal is hereby assented to and all rights of appeal are hereby waived.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| GREGORY F. SANKEY | THE SHAW GROUP, INC. AND<br>STONE & WEBSTER, INC. |
| By his attorney, | By its attorneys, |
| /s/ Marc C. Laredo<br>Marc C. Laredo, Esq.<br>Laredo & Smith, LLP<br>15 Broad Street, Suite 600<br>Boston, MA 02109<br>(617) 367-7984 | /s/ Kenneth E. Rubinstein<br>Richard C. Nelson, Esq.<br>Kenneth E. Rubinstein, Esq.<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>99 Middle Street<br>Manchester, NH 03101<br>(603) 647-1800 |